IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>JOHN R. BOWEN,   )<br>)<br>Defendant.   ) | Case No. 8:01CR57 |

### ORDER

THIS MATTER comes before the Court on defendant's unopposed motion to continue the September 8, 2005, initial hearing for revocation of supervised release, filing 52, for approximately 30 days. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's initial hearing on revocation of supervised release shall be continued until October 12, 2005, at 1:00 p.m. The defendant is ordered to appear at said time.

Dated this 7th day of September, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge