IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:01 CR 057 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| JOHN RICHARD BOWEN, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

    Prior to the defendant's scheduled initial appearance before me this date, counsel informed me that the defendant is hospitalized and unable to attend a court hearing, and requested a continuance. Counsel for the parties agreed to continue the matter for two months. In addition, the government's attorney stated that the government would not seek detention in the matter, once the defendant does appear, and thus, the matter can be scheduled for a revocation hearing before Judge Kopf. Accordingly,

    IT HEREBY IS ORDERED:   The defendant's oral motion for continuance is granted, and

    a.    The matter is set for a revocation hearing before the Hon. Richard G. Kopf, United States District Judge, on December 19, 2005 at 12:30 p.m. Defendant shall appear at such time.

    b.    The defendant's conditions of supervised release are unchanged at this time.

c.  Defendant's counsel shall keep the court periodically informed as to the defendant's health and whether he can safely attend a hearing before the court.


DATED October 12, 2005

                                BY THE COURT:

                                s/ David L. Piester
                                United States Magistrate Judge

2