IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:01CR57 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JOHN RICHARD BOWEN, | ) | |
| | ) | |
| Defendant. | ) | |

After a conference call with defense counsel John Vanderslice, United States Probation Officer Drew Cromwell, and Supervising Marshal Ryan Thompson, and Mr. Franklin, the government's counsel having failed to participate in the conference despite notice thereof[1],

IT IS ORDERED that this matter is continued until further order of the court because of the defendant's serious physical medical condition. United States Probation Officer Cromwell shall monitor the defendant's conduct and medical condition and notify me if:

(A)   The defendant's condition improves significantly such that he may be dealt with in court; or

(B)   He engages in behavior that poses a significant threat to others.

December 15, 2005.                             BY THE COURT:

                                               s/ *Richard G. Kopf*
                                               United States District Judge

---

[1] The conference operator indicated that she tried to reach Mr. Franklin, but was unable to do so. My chambers had previously informed Mr. Franklin of the date and time and method of the telephone conference. After the telephone conference was over, Mr. Franklin called my chambers indicating that he did not participate in the conference through no fault of his own.