IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:01CR57 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JOHN RICHARD BOWEN, | ) | |
| | ) | |
| Defendant. | ) | |

By telephone, I held a conference on January 17, 2007, regarding the physical and mental health condition of the defendant. Participants in the conference included the undersigned, counsel of record and representatives from the United States Probation Office and the United States Marshals Service. After hearing the views of the participants, I decided that this matter should be continued for another status conference in approximately three months. Therefore,

IT IS ORDERED that this matter is continued. My judicial assistant shall schedule and arrange a telephone conference with USPO Drew Cromwell, DUSM Ryan Thompson, AUSA Fred Franklin and AFPD John Vanderslice on Tuesday, April 17, 2007 at 12:45 PM. A few days before the telephone conference, USPO Drew Cromwell shall submit to me, counsel and DUSM Thompson an updated written status report with a recommendation about what to do next. That report may be submitted via e-mail.

January 18, 2007.                BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge