IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:01CR57 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JOHN RICHARD BOWEN, | ) | |
| | ) | |
| Defendant. | ) | |

I held a status conference today with the lawyers, the Probation Officer and the Supervising United States Marshal. Based upon the request of the Probation Officer, and with the agreement of the lawyers,

IT IS ORDERED that:

(1) The petition for offender under supervision (filing 49) is dismissed without prejudice.

(2) The defendant's supervised release is terminated.

April 17, 2007.                    BY THE COURT:

                                   s/ *Richard G. Kopf*
                                   United States District Judge